IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LATHIO JENKINS,

    Plaintiff,

v.                                                       4:20cv155–WS/HTC

RICHARD LAUBAUGH,
CHRISTOPHER EDELEN,
CENTURION OF FLORIDA LLC,

    Defendants.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed May 6, 2020. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2) based on the plaintiff's failure to disclose his prior litigation history. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this ___10th___ day of ___June___, 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE